**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2244**

GLORIA YAMILETH HERNANDEZ-GUZMAN; Y.I.R.H.,

Petitioners,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  May 17, 2019                    Decided:  June 14, 2019

Before KING and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Hans Christian Linnartz, Raleigh, North Carolina, for Petitioners. Joseph H. Hunt, Assistant Attorney General, Derek C. Julius, Assistant Director, Kate D. Balaban, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gloria Yamileth Hernandez-Guzman and her minor child, natives and citizens of Honduras, petition for review of an order of the Board of Immigration Appeals (Board) dismissing their appeal from the Immigration Judge's denial of Hernandez-Guzman's requests for asylum and withholding of removal. We have thoroughly reviewed the record, including the transcript of Hernandez-Guzman's merits hearing and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative agency's factual findings, *see* 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision, s*ee INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Hernandez-Guzman* (B.I.A. Sept. 26, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*